**Order entered November 15, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00760-CV

## CITY OF DALLAS, Appellant

## V.

## LYNN PELTIER, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-04958-D**

## ORDER

Before the Court is appellee's November 10, 2021 unopposed motion for an extension of time to file her brief. We **GRANT** the motion and extend the time to **December 8, 2021**.

/s/     KEN MOLBERG
         JUSTICE